## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
## BROOKLYN DIVISION

In re:                                                                             CASE NO.: 1-15-44627-ess
                                                                                                    CHAPTER 11

**VALERIE SIGAL,**

   Debtor.

_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2004-INDYPORT1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-1 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 27, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ALLA KACHAN
3099 CONEY ISLAND AVENUE
3RD FLOOR
BROOKLYN, NY  11235

VALERIE SIGAL
305 HAMPTON AVENUE
BROOKLYN, NY  11235

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY  10014

                                          Robertson, Anschutz & Schneid, P.L.
                                          Authorized Agent for Secured Creditor
                                          6409 Congress Ave., Suite 100
                                          Boca Raton, FL 33487
                                          Telephone: 561-241-6901
                                          Facsimile: 561-997-6909
                                          By: /s/Frederic J. DiSpigna
                                          Frederic J. DiSpigna, Esquire
                                          Email: fdispigna@rasflaw.com